USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**FREDKIEY HURLEY**, individually,

        **Plaintiff,**

v.

**CAFE HONG KONG INC.**, a New York for Profit entity, and **TAI PUN RESIDENTS ASSOCIATION OF N.Y., INC.**, a New York for Profit entity,

        **Defendantss.**

Case No.1:16-cv-01595

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE***

Plaintiff FREDKIEY HURLEY, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby gives notice that the parties seek a dismissal of all claims *with prejudice*.

        By: /s/ Tara Demetriades
        Tara Demetriades, Esq.
        New York Bar No. 4158666

SO ORDERED.

Dated: December 15, 2016
      New York, New York

**ADA Accessibility Associates**
1076 Wolver Hollow Road
Oyster Bay, NY 11771
E: TDemetriades@Aol.com
T: (516) 595-5009
**Counsel for Plaintiff**

ANALISA TORRES
United States District Judge

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this December 15, 2016, I electronically filed the foregoing via the CM/ECF System which will send a notice of electronic filing to all counsel of record.

By: /s/ Tara Demetriades
Tara Demetriades, Esq.
New York Bar No. 4185666